Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−17326−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francesco Moccia
fdba FJAG, LLC dba Prima Pizza
421 Hillside Avenue
Springfield, NJ 07081

Juliana M. Moccia
421 Hillside Avenue
Springfield, NJ 07081

Social Security No.:
  xxx−xx−7712                              xxx−xx−7210

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/4/21
Time:            08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: September 20, 2021
JAN: lc

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Francesco Moccia  
Juliana M. Moccia  
    Debtors

Case No. 21-17326-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 20, 2021      Form ID: 132      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francesco Moccia, Juliana M. Moccia, 421 Hillside Avenue, Springfield, NJ 07081-3208 |
| 519310337 | + | ABC Fire Safety, 750 Fairfield Avenue, Kenilworth, NJ 07033-2012 |
| 519310341 | + | David Cohen, 13 Cypress Terrace, Springfield, NJ 07081-2401 |
| 519310342 | + | Frank Colandrea, 100 US Route 22N, Springfield, NJ 07081-3130 |
| 519310345 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519310346 | | JCP&L/First Energy Corp., P.O. Box 3615, Akron, OH 44309-3615 |
| 519310347 | + | Maria Spatola, c/o Uniglicht, BLoo, Frackt & Kleinman, 200 US Highway 9, Suite 400, Englishtown, NJ 07726-3072 |
| 519310348 | + | Parveen Akhtar Hasan, 3505 Sage Road, Houston, TX 77056-7016 |
| 519310351 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519310350 | + | Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 519310349 | | Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 519310352 | | State of New Jersey, Division of Employer Accounts, P.O. Box 059, Trenton, NJ 08646-0059 |
| 519310353 | | United Mortgage Corp., P.O. Box 371306, Pittsburgh, PA 15250-7306 |
| 519310355 | | Verizon, P.O. Box 16801, Newark, NJ 07101-6801 |
| 519310356 | | Western Pest Services, 1048 US HIghway 22, Mountainside, NJ 07092-2811 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519310338 | + | Email/Text: mreed@affcollections.com | Sep 20 2021 20:35:00 | Accurate Collection Services, LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519310339 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 20 2021 20:47:11 | Capital One - Bankruptcy Department, P.O. Box 5155, Norcross, GA 30091 |
| 519310340 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2021 20:47:23 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519310343 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2021 20:47:23 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 519310344 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2021 20:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519310354 | + | Email/Text: bankruptcynotices@sba.gov | Sep 20 2021 20:35:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jessica M. Minneci | on behalf of Joint Debtor Juliana M. Moccia jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Debtor Francesco Moccia jminneci@middlebrooksshapiro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Juliana M. Moccia middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Debtor Francesco Moccia middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6