MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630

Re:  FRANCESCO MOCCIA
JULIANA M. MOCCIA
421 HILLSIDE AVENUE
SPRINGFIELD, NJ  07081

Atty:  MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 21-17326

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/01/2021 | $480.00 | 7985305000 | 10/21/2021 | $480.00 | 8027669000 |
| 11/30/2021 | $480.00 | 8113552000 | 01/07/2022 | $480.00 | 8197564000 |
| 02/11/2022 | $480.00 | 8270648000 | 03/25/2022 | $480.00 | 8360691000 |
| 04/25/2022 | $480.00 | 8420710000 | 05/26/2022 | $480.00 | 8486793000 |
| 06/20/2022 | $480.00 | 8538277000 | 07/11/2022 | $480.00 | 8582353000 |
| 08/19/2022 | $480.00 | 8658236000 | 09/19/2022 | $480.00 | 8713747000 |
| 10/20/2022 | $480.00 | 8777614000 | 12/05/2022 | $480.00 | 8862984000 |
| 01/09/2023 | $480.00 | 8926164000 | 02/07/2023 | $480.00 | 8984734000 |
| 03/14/2023 | $480.00 | 9052937000 | 04/17/2023 | $480.00 | 9114369000 |
| 05/22/2023 | $480.00 | 9179886000 | 06/21/2023 | $480.00 | 9231951000 |
| 07/24/2023 | $480.00 | 9289926000 | 09/15/2023 | $480.00 | 9382165000 |
| 09/19/2023 | $480.00 | 9387719000 | 09/22/2023 | $480.00 | 9393003000 |
| 10/10/2023 | $480.00 | 9423577000 | 11/02/2023 | $480.00 | 9463828000 |
| 12/04/2023 | $480.00 | 9515651000 | | | |

**Total Receipts: $12,960.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $12,960.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 07/18/2022 | $109.08 | 895,127 | 08/15/2022 | $926.40 | 896,681 |
| | 09/19/2022 | $463.20 | 898,330 | 11/14/2022 | $463.20 | 901,519 |
| | 12/12/2022 | $453.60 | 903,052 | 01/09/2023 | $453.60 | 904,540 |
| | 02/13/2023 | $453.60 | 906,098 | 03/13/2023 | $453.60 | 907,688 |
| | 04/17/2023 | $453.60 | 909,327 | 06/12/2023 | $453.60 | 912,350 |
| | 07/17/2023 | $448.80 | 913,869 | 08/14/2023 | $448.80 | 915,340 |
| | 09/18/2023 | $448.80 | 916,879 | 10/16/2023 | $448.80 | 918,306 |
| | 11/13/2023 | $1,339.20 | 919,749 | 12/11/2023 | $441.60 | 921,153 |

**Chapter 13 Case # 21-17326**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED MORTGAGE CORP | | | | | | |
| | 05/16/2022 | $243.20 | 891,866 | 06/20/2022 | $463.20 | 893,616 |
| | 07/18/2022 | $354.12 | 895,241 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 736.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ABC FIRE SAFETY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ACCURATE COLLECTION SERVICES, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,837.27 | 100.00% | 0.00 | 1,837.27 |
| 0004 | CITI CARDS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | DAVID COHEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | FRANK COLANDREA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CITIBANK NA | UNSECURED | 300.00 | 100.00% | 0.00 | 300.00 |
| 0008 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | JCP&L/FIRST ENERGY CORP. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | MARIA SPATOLA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | PARVEEN AKHTAR HASAN | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | STATE OF NJ | PRIORITY | 13,212.70 | 100.00% | 8,259.48 | 4,953.22 |
| 0018 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | UNITED MORTGAGE CORP | MORTGAGE ARRE | 1,060.52 | 100.00% | 1,060.52 | 0.00 |
| 0020 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 77.07 | 100.00% | 0.00 | 77.07 |
| 0021 | WESTERN PEST SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | STATE OF NJ | UNSECURED | 1,879.66 | 100.00% | 0.00 | 1,879.66 |
| 0023 | PSE&G | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | VERIZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | STATE OF NJ | PRIORITY | 4,271.27 | 100.00% | 441.60 | 3,829.67 |

**Total Paid: $12,998.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $12,960.00    -    Paid to Claims: $9,761.60    -    Admin Costs Paid: $3,236.80    =    Funds on Hand: $441.60

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.