Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−17326−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francesco Moccia
fdba FJAG, LLC dba Prima Pizza
421 Hillside Avenue
Springfield, NJ 07081

Juliana M. Moccia
421 Hillside Avenue
Springfield, NJ 07081

Social Security No.:
xxx−xx−7712              xxx−xx−7210

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 25, 2022.

On 1/11/24 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:      February 15, 2024
Time:      08:30 AM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 12, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-17326-VFP |
| Francesco Moccia | Chapter 13 |
| Juliana M. Moccia | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2024 | Form ID: 185 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francesco Moccia, Juliana M. Moccia, 421 Hillside Avenue, Springfield, NJ 07081-3208 |
| 519310337 | + | ABC Fire Safety, 750 Fairfield Avenue, Kenilworth, NJ 07033-2012 |
| 519310341 | #+ | David Cohen, 13 Cypress Terrace, Springfield, NJ 07081-2401 |
| 519310342 | + | Frank Colandrea, 100 US Route 22N, Springfield, NJ 07081-3130 |
| 519310346 | | JCP&L/First Energy Corp., P.O. Box 3615, Akron, OH 44309-3615 |
| 519310347 | #+ | Maria Spatola, c/o Uniglicht, BLoo, Frackt & Kleinman, 200 US Highway 9, Suite 400, Englishtown, NJ 07726-3072 |
| 519310348 | + | Parveen Akhtar Hasan, 3505 Sage Road, Houston, TX 77056-7016 |
| 519459441 | # | Receivables Performance Management LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 519310352 | | State of New Jersey, Division of Employer Accounts, P.O. Box 059, Trenton, NJ 08646-0059 |
| 519351779 | + | United Mortgage Corp, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519310353 | | United Mortgage Corp., P.O. Box 371306, Pittsburgh, PA 15250-7306 |
| 519310355 | | Verizon, P.O. Box 16801, Newark, NJ 07101-6801 |
| 519310356 | | Western Pest Services, 1048 US HIghway 22, Mountainside, NJ 07092-2811 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519310338 | + | Email/Text: mreed@affcollections.com | Jan 12 2024 20:53:00 | Accurate Collection Services, LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519310339 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2024 21:19:09 | Capital One - Bankruptcy Department, P.O. Box 5155, Norcross, GA 30091 |
| 519310340 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 21:08:30 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519351888 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 21:07:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519310343 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 21:35:44 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 519310344 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2024 20:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519310345 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 12 2024 20:52:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519441066 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 21-17326-VFP    Doc 50    Filed 01/14/24    Entered 01/15/24 00:16:40    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 185 | Total Noticed: 30 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Jan 12 2024 21:08:14 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519459440 | ^ MEBN | Jan 12 2024 20:50:15 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519441899 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 12 2024 20:52:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519310351 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 12 2024 20:52:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519310349 | Email/Text: bankruptcynotices@sba.gov | Jan 12 2024 20:52:00 | Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 519310350 | + Email/Text: BhamBankruptcy@sba.gov | Jan 12 2024 20:52:00 | Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 519310354 | + Email/Text: bankruptcynotices@sba.gov | Jan 12 2024 20:51:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |
| 519357441 | + Email/PDF: ebn_ais@aisinfo.com | Jan 12 2024 21:35:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519459439 | * | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519459442 | *+ | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2024                                        Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Juliana M. Moccia nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Francesco Moccia nascondiglio@middlebrooksshapiro.com |
| Brian C. Nicholas | on behalf of Creditor United Mortgage Corp. bnicholas@kmllawgroup.com   bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 12, 2024 | Form ID: 185 | Total Noticed: 30

Denise E. Carlon
 on behalf of Creditor United Mortgage Corp. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jessica M. Minneci
 on behalf of Joint Debtor Juliana M. Moccia jminneci@middlebrooksshapiro.com

Jessica M. Minneci
 on behalf of Debtor Francesco Moccia jminneci@middlebrooksshapiro.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Melinda D. Middlebrooks
 on behalf of Joint Debtor Juliana M. Moccia middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
 on behalf of Debtor Francesco Moccia middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10