Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−17326−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francesco Moccia
fdba FJAG, LLC dba Prima Pizza
421 Hillside Avenue
Springfield, NJ 07081

Juliana M. Moccia
421 Hillside Avenue
Springfield, NJ 07081

Social Security No.:
xxx−xx−7712                                        xxx−xx−7210

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 16, 2024.

Dated: February 16, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                 Case No. 21-17326-VFP
Francesco Moccia                                                                               Chapter 13
Juliana M. Moccia
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Feb 16, 2024    Form ID: plncf13    Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francesco Moccia, Juliana M. Moccia, 421 Hillside Avenue, Springfield, NJ 07081-3208 |
| 519310337 | + | ABC Fire Safety, 750 Fairfield Avenue, Kenilworth, NJ 07033-2012 |
| 519310341 | #+ | David Cohen, 13 Cypress Terrace, Springfield, NJ 07081-2401 |
| 519310342 | + | Frank Colandrea, 100 US Route 22N, Springfield, NJ 07081-3130 |
| 519310346 | | JCP&L/First Energy Corp., P.O. Box 3615, Akron, OH 44309-3615 |
| 519310347 | #+ | Maria Spatola, c/o Uniglicht, BLoo, Frackt & Kleinman, 200 US Highway 9, Suite 400, Englishtown, NJ 07726-3072 |
| 519310348 | + | Parveen Akhtar Hasan, 3505 Sage Road, Houston, TX 77056-7016 |
| 519459441 | # | Receivables Performance Management LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 519310352 | | State of New Jersey, Division of Employer Accounts, P.O. Box 059, Trenton, NJ 08646-0059 |
| 519351779 | + | United Mortgage Corp, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519310353 | | United Mortgage Corp., P.O. Box 371306, Pittsburgh, PA 15250-7306 |
| 519310355 | | Verizon, P.O. Box 16801, Newark, NJ 07101-6801 |
| 519310356 | | Western Pest Services, 1048 US HIghway 22, Mountainside, NJ 07092-2811 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519310338 | + | Email/Text: mreed@affcollections.com | Feb 16 2024 20:53:55 | Accurate Collection Services, LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519310339 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 21:12:09 | Capital One - Bankruptcy Department, P.O. Box 5155, Norcross, GA 30091 |
| 519310340 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:01:11 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519351888 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:01:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519310343 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:00:37 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 519310344 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2024 20:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519310345 | | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 16 2024 20:52:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519441066 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: plncf13 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Feb 16 2024 21:12:09 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519459440 | ^ | MEBN | | |
| | | | Feb 16 2024 20:49:55 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519441899 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Feb 16 2024 20:52:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519310351 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Feb 16 2024 20:52:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519310349 | | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Feb 16 2024 20:52:00 | Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 519310350 | + | Email/Text: BhamBankruptcy@sba.gov | | |
| | | | Feb 16 2024 20:52:00 | Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 519310354 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Feb 16 2024 20:52:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |
| 519357441 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 16 2024 21:12:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519459439 | * | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519459442 | *+ | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2024                         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Juliana M. Moccia nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Francesco Moccia nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor United Mortgage Corp. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 16, 2024 | Form ID: plncf13 | Total Noticed: 30 |

Jessica M. Minneci
    on behalf of Joint Debtor Juliana M. Moccia jminneci@middlebrooksshapiro.com  minneci.jessicab@notify.bestcase.com

Jessica M. Minneci
    on behalf of Debtor Francesco Moccia jminneci@middlebrooksshapiro.com  minneci.jessicab@notify.bestcase.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Joint Debtor Juliana M. Moccia middlebrooks@middlebrooksshapiro.com
    melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Melinda D. Middlebrooks
    on behalf of Debtor Francesco Moccia middlebrooks@middlebrooksshapiro.com
    melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9