**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **FRANCESCO MOCCIA** |
| Debtor 2 (Spouse, if filing) | **JULIANA M. MOCCIA** |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **21-17326** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Court claim no.**  (if known):
1

**Name of claim holder:**   UNITED MORTGAGE CORP

**Last 4 digits** of any number you use to identify the debtor's account    5   1   5   9

**Property Address:**        421 HILLSIDE AVE
SPRINGFIELD, NJ  07081

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $    1,060.52 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $    1,060.52 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $    -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $    1,060.52 |

| Part 4: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice :       $ _____0.00_____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____.
subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claim

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:       (d)  $ _____-0-_____

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Marie-Ann Greenberg                                         Date   07/07/2026
Signature

Trustee        Marie-Ann Greenberg

Address       30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Contact phone  (973) 227-2840        Email  mag@magtrustee.com

---

| Debtor 1 | **FRANCESCO MOCCIA** | Case number *(if known)* **21-17326** |
|---|---|---|
| | Name | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 1 | UNITED MORTGAGE CORP | 05/16/2022 | 0891866 | Principal (System Check) | 243.20 |
| 1 | UNITED MORTGAGE CORP | 06/20/2022 | 0893616 | Principal (System Check) | 463.20 |
| 1 | UNITED MORTGAGE CORP | 07/18/2022 | 0895241 | Principal (System Check) | 354.12 |
| | | | | Total for Claim Number 1: | 1,060.52 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,060.52** |

Form 410C13-N    **Trustee's Notice of Disbursements Made**    Page 2

| Debtor 1 | **FRANCESCO MOCCIA** | Case number *(if known)*  **21-17326** |
|---|---|---|
| | Name | |

21-17326

---

**CERTIFICATE OF SERVICE**

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

FRANCESCO MOCCIA
421 HILLSIDE AVENUE
SPRINGFIELD, NJ  07081

JULIANA M. MOCCIA

KML LAW GROUP PC
701 MARKET ST #5000
PHILADELPHIA, PA  19106

UNITED MORTGAGE CORP
1 CORPORATE DRIVE, SUITE 360
LAKE ZURICH, IL  60047

---

Service to the following is effective through electronic means pursuant to Fed. R. Bankr. P. 9036.  See Bankruptcy Court's Notice of Electronic Filing:

---

MELINDA
MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630

Date:    July 07, 2026

/s/ Charles DArrigo

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550