Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−17326−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Francesco Moccia | Juliana M. Moccia |
| fdba FJAG, LLC dba Prima Pizza | 421 Hillside Avenue |
| 421 Hillside Avenue | Springfield, NJ 07081 |
| Springfield, NJ 07081 | |

Social Security No.:
xxx−xx−7712                                                    xxx−xx−7210

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

   TO: <u>Francesco Moccia and Juliana M. Moccia</u>
        Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under
Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: August 4, 2026
JAN: mlc

<u>Jeanne Naughton, Clerk</u>