**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Francesco Moccia<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7712 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Juliana M. Moccia<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7210 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–17326–VFP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Francesco Moccia
fdba FJAG, LLC dba Prima Pizza

Juliana M. Moccia

9/28/26

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:
Francesco Moccia
Juliana M. Moccia
Debtors

Case No. 21-17326-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Sep 28, 2026 Form ID: 3180W Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francesco Moccia, Juliana M. Moccia, 421 Hillside Avenue, Springfield, NJ 07081-3208 |
| 519310337 | + | ABC Fire Safety, 750 Fairfield Avenue, Kenilworth, NJ 07033-2012 |
| 519310342 | + | Frank Colandrea, 100 US Route 22N, Springfield, NJ 07081-3130 |
| 519310346 | | JCP&L/First Energy Corp., P.O. Box 3615, Akron, OH 44309-3615 |
| 519310348 | + | Parveen Akhtar Hasan, 3505 Sage Road, Houston, TX 77056-7016 |
| 519310352 | | State of New Jersey, Division of Employer Accounts, P.O. Box 059, Trenton, NJ 08646-0059 |
| 519351779 | + | United Mortgage Corp, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519310353 | | United Mortgage Corp., P.O. Box 371306, Pittsburgh, PA 15250-7306 |
| 519310356 | | Western Pest Services, 1048 US HIghway 22, Mountainside, NJ 07092-2811 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2026 22:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2026 22:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519310338 | + | Email/Text: mreed@affcollections.com | Sep 28 2026 22:02:00 | Accurate Collection Services, LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519310339 | | EDI: CAPITALONE.COM | Sep 29 2026 01:19:00 | Capital One - Bankruptcy Department, P.O. Box 5155, Norcross, GA 30091 |
| 519310340 | | EDI: CITICORP | Sep 29 2026 01:19:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519351888 | | EDI: CITICORP | Sep 29 2026 01:19:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519310343 | | EDI: CITICORP | Sep 29 2026 01:19:00 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 519310344 | | EDI: IRS.COM | Sep 29 2026 01:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519310345 | | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 28 2026 22:01:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519441066 | | EDI: PRA.COM | Sep 29 2026 01:19:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519459440 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Sep 28 2026 21:53:03 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519441899 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 28 2026 22:01:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519310351 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 28 2026 22:01:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519310349 | Email/Text: bankruptcynotices@sba.gov | Sep 28 2026 22:01:00 | Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 519310350 | + Email/Text: bankruptcynotices@sba.gov | Sep 28 2026 22:01:00 | Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 519310354 | + Email/Text: bankruptcynotices@sba.gov | Sep 28 2026 22:00:00 | US Small Business Administration, 409 3rd St, SW, Washington, DC 20416-0005 |
| 519357441 | + EDI: AIS.COM | Sep 29 2026 01:19:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519310355 | EDI: VERIZONCOMB.COM | Sep 29 2026 01:19:00 | Verizon, P.O. Box 16801, Newark, NJ 07101-6801 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519459439 | * | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519459442 | *+ | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519310341 | ##+ | David Cohen, 13 Cypress Terrace, Springfield, NJ 07081-2401 |
| 519310347 | ##+ | Maria Spatola, c/o Uniglicht, BLoo, Frackt & Kleinman, 200 US Highway 9, Suite 400, Englishtown, NJ 07726-3072 |
| 519459441 | ## | Receivables Performance Management LLC, PO Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Francesco Moccia astein@meyner.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Juliana M. Moccia astein@meyner.com |
| Jessica M. Minneci | |

| | |
|---|---|
| | on behalf of Joint Debtor Juliana M. Moccia jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Jessica M. Minneci | on behalf of Debtor Francesco Moccia jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor United Mortgage Corp. bkgroup@kmllawgroup.com |
| Melinda D. Middlebrooks | on behalf of Debtor Francesco Moccia middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Juliana M. Moccia middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10